

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00238-CV

| | | |
|---|---|---|
| JESSICA ABREU, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-341509-23) |
| V. | § | February 20, 2025 |
| RABAGO HOME INVESTMENTS LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Rabago Home Investments LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
   Justice Wade Birdwell